UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Dannie Rainey,                                        Case No. 3:22-cv-42

            Plaintiff,

      v.                                                  JUDGMENT ENTRY

Perkins Township, *et al.*,

            Defendant.

For the reasons stated in the Memorandum Opinion and Order filed concurrently, I grant Defendants unopposed motion to stay the case pending the outcome of the state trial court criminal proceedings. (Doc. No. 28). I deny Defendants' supplemental motion to stay as duplicative and moot. (Doc. No. 31). Because the resolution of the criminal proceedings likely will require that the parties file updated pleadings, I deny Defendants' motions for judgment on the pleadings, (Doc. Nos. 9 & 15), and Plaintiff's motion to amend his complaint, (Doc. No. 24), without prejudice.

                                                            s/ Jeffrey J. Helmick
                                                            United States District Judge