UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Dannie Rainey,                                         Case No. 3:22-cv-42

         Plaintiff,

      v.                                                  JUDGMENT ENTRY

Perkins Township/Perkins Board of
Trustees, *et al.*,

         Defendants.

For the reasons stated in the Memorandum Opinion and Order filed contemporaneously, I grant the motions to dismiss filed by Judges Binette and McGookey and the Erie County Defendants. (Doc. Nos. 68 and 74). And I grant the motions of the City of Sandusky Defendants and the Perkins Township Defendants for judgment on the pleadings. (Doc. Nos. 71 and 76). Finally, I order that Defendant Yvette Thompson be dismissed from this litigation because Plaintiff Dannie Rainey did not plead any allegations against her in any of his claims for relief.

So Ordered.

                                                               s/ Jeffrey J. Helmick
                                                               United States District Judge